HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>STEVEN CANAN,<br><br>           Defendant. | Cause No.  2:21-cr-00152-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendant Steven Canan's unopposed motion for a continuance of the trial and the pretrial motions due dates.  Defense counsel has indicated that he requires additional time to consult with the defendant, prepare for pretrial motions and prepare for trial.  Based upon defense counsel's representations, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure that defense counsel has sufficient time for case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

IT IS THEREFORE ORDERED that the defendant's motion (Dkt. # 29) is GRANTED. The trial date in this matter is continued to January 31, 2022. All pretrial motions, including motions in limine, shall be filed no later than December 2, 2021.

IT IS FURTHER ORDERED that the period of time from the date of this order to the new trial date of January 31, 2022, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

DATED this 9th day of November, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818