The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN CANAN,<br><br>    Defendant. | No. CR21-152 RAJ<br><br>ORDER GRANTING DEFENDANT CANAN'S UNOPPOSED MOTION TO WITHDRAW MOTION TO WITHDRAW GUILTY PLEA |

THIS MATTER having come before the Court on Mr. Canan's unopposed motion to withdraw his previously filed motion to withdraw his guilty plea (Dkt. # 52), and the Court having considered the facts set forth in the motion and the records and files herein, the Court hereby GRANTS the motion (Dkt. # 67) and ORDERS that Mr. Canan's previously filed motion to withdraw his guilty plea (Dkt. # 52) is hereby withdrawn. The Court's Clerk is directed to terminate the motion on the docket.

DATED this 30th day of March, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT CANAN'S
UNOPPOSED MOTION TO WITHDRAW MOTION
TO WITHDRAW GUILTY PLEA
(*Steven Canan*; No. CR21-152 RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401